M.D. Appeal Dkt.
69 MAP 2019

# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 202 MAL 2019

         Petitioner    :

                       :    Petition for Allowance of Appeal from
                       :    the Order of the Superior Court

       v.    :

BETH ANN MASON,    :

         Respondent    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 10th day of September, 2019, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issues set forth below. Allocatur is **DENIED** as to the remaining issue. The issues, as stated by petitioner, are:

(1)    Whether a babysitter has a reasonable expectation of privacy in the bedroom of a child she is caring for?

(2)    Whether the sounds resulting from a child being forcibly thrown into a crib and being beaten by [Mason] constitute "oral communications" or "evidence derived therefrom" under the Pennsylvania wiretap statute?